UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



FILED
SEP 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE MATTER OF

Robin Douglas Dakan, bar number 076181

Case No: CV 19-80 217 MISC

ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT

TO: Robin Douglas Dakan, bar number 076181

The State Bar of California has notified the United States District Court for the Northern District of California that, effective June 3, 2019, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before September 23, 2019,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after September 23, 2019 absent further order of this Court.

**IT IS SO ORDERED.**

Dated: 8/12/19

JAMES DONATO
United States District Judge

*Attorney-discipline_OSC*
*rev. 11-18*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

ROBIN DOUGLAS DAKAN, Bar No. 076181

Case No.: 3:19-mc-80217-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 9/12/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Robin Douglas Dakan #76181
PO Box 33244
Los Gatos, CA 95031-3244

Dated: 9/12/2019

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to
the Honorable Joseph C. Spero

*Service_Certificate _CRD*
*rev. August 2018*

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS



7010 2780 0003 2916 3355

7010 2780 0003 2916 3355

Sent To: ROBIN D. DAKAN
Street, Apt. No.; or PO Box No. PO BOX 33244
City, State, ZIP+4 LOS GATOS CA 95031

19.80217

Robin Douglas Dakan #7
PO Box 33244
Los Gatos, CA 95031-324

Certified Mail P
- A mailing receipt
- A unique identifie
- A record of deliv

Important Remind
- Certified Mail ma
- Certified Mail is /
- NO INSURANC
  valuables, please
- For an additional
  delivery. To obtair
  Receipt (PS Forn
  fee. Endorse mail
  a duplicate returr
  required.
- For an addition
  addressee's auth
  endorsement "R
- If a postmark on
  cle at the post
  receipt is not ne

IMPORTANT: Sav
PS Form 3800, August

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ROBIN O. DAKAN
   PO BOX 33244
   LOS GATOS, CA
   95031-3244

2. Article Number
   (Transfer from service label)

   7010 2780 0003 2916 3355

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes